IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL LUCERO,

        Plaintiff,

vs.                                                          No CIV 09-744 DJS/RHS

MCKINLEY COUNTY, a Municipal Entity Organized
Under the Laws of the State of New Mexico and
its subsidiary the McKinley County Detention Center,
SERGEANT JONES, an employee of the McKinley County
Detention Center, Individually and in Defendant's
official capacity, DONNA GOODRICH, Warden/Director of
the McKinley County Detention Center, Individually
and in Defendant's official capacity,

        Defendants.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on October 23, 2009, the County Defendants' Rule 26 Disclosures were sent via electronic mail to the following counsel of record along with a copy of this Certificate of Service:

Roman R. Romero
Attorney for Plaintiff
1001 5th St NW
Albuquerque, NM 87102-214
(505) 345-9616

                                        Respectfully submitted,

                                        SLEASE & MARTINEZ, P.A.

                                        By: <u>Electronically filed October 23, 2009</u>
                                                  WILLIAM D. SLEASE
                                                  JONLYN M. MARTINEZ
                                                  Attorneys for Defendants
                                                  PO Box 1805
                                                  Albuquerque, NM 87103-1805
                                                  (505) 247-9488