IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL LUCERO,

    Plaintiff,

vs.                                                    Civ. No. 09-744 JAP/RHS

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF McKINLEY, et al.,

    Defendants.

**ORDER GRANTING IN PART AND DENYING IN PART**
**JOINT MOTION FOR EXTENSION OF PRETRIAL DEADLINES**

**THIS MATTER** comes before the Court on the Joint Motion for Extension of Pretrial Deadlines [docket no. 31]. The parties appeared for a scheduling conference on October 20, 2009 and pursuant to that conference agreed on case management deadlines. Trial on the merits is scheduled for August 2, 2010. The parties now seek to extend case management deadlines, however, the Court is concerned that the extension being sought will result in inadequate time for the trial court to consider any dispositive motions. Presently, dispositive motions are to be filed on or before April 19, 2010. The parties seek an extension until May 31, 2010, which would only leave the trial court approximately 60 days to consider dispositive motion. The Court, therefore, agrees to extending the current case management deadlines but not to the extent as being sought in the Joint Motion.

**IT IS THEREFORE ORDERED** that the Joint Motion for Extension of Pretrial Deadlines [docket no. 31] is hereby granted as follows:

    1. Discovery is hereby extended through April 9, 2010.

2. Discovery motions shall be filed on or before April 16, 2010.

3. Dispositive motions shall be filed on or before May 7, 2010.

4. In the original Scheduling Order, Plaintiff's portion of the Pretrial Order will be due on June 23, 2010, and Defendants' portion on July 5, 2010.  In the instant motion, the parties want to reduce those time deadlines and therefore the Court agrees that Plaintiff's portion of the Pretrial Order shall now be due on June 7, 2010, and Defendants' portion of the Pretrial Order on June 14, 2010.

*Robert Hayes Scott*
ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE